PER CURIAM.
 

 DISMISSED. Fla. Fam. L.R.P. 12.490(f);
 
 Kelly v. Colston,
 
 977 So.2d 692, 695 (Fla. 1st DCA 2008) (After a magistrate holds a hearing and files a report, the circuit court has the duty to
 
 review
 
 the entire case file,
 
 examine
 
 the evidence presented to the magistrate, and
 
 determine
 
 whether the magistrates findings of fact and conclusions of law are justified.) (emphasis in original).
 
 See generally City of
 
 
 *186
 

 Tallahassee v. Big Bend PBA,
 
 703 So.2d 1066, 1069 (Fla. 1st DCA 1997) (dismissing appeal of order confirming arbitration award that failed to also enter judgment).
 
 Cf. Fort v. Fort,
 
 951 So.2d 1020, 1021 (Fla. 1st DCA 2007) (reviewing final order that “adopted the recommendations of the general magistrate and dismissed the action”);
 
 Hilb Rogal & Hobbs of Fla., Inc. v. Grimmel,
 
 16 So.3d 167 (Fla. 4th DCA 2009) (reviewing final order that adopted “each and every recommendation” of general magistrate).
 

 VAN NORTWICK and CLARK, JJ., and BERGER, WENDY, Associate Judge, concur.